# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV15-4543-CAS(JEMx) | Date | July 28, 2015 |
|---|---|---|---|
| Title | *PAMELA BROWN v. CHRISTIANA TRUST; ET AL.* | | |

| Present: The Honorable | CHRISTINA A. SNYDER, JUDGE | |
|---|---|---|
| Catherine M. Jeang | Not Present | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:**       (IN CHAMBERS) - DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT (filed 07/07/15)[10]

        The Court is in receipt of defendant's Motion to Dismiss Plaintiff's Complaint filed on July 7, 2015, and noticed for August 10, 2015 at 10:00 A.M.  The Court is also in receipt of plaintiff's First Amended Complaint filed on July 27, 2015.  Therefore, defendant's Motion to Dismiss Plaintiff's Complaint is thereby MOOT and the parties are not to appear before this Court on August 10, 2015 at 10:00 A.M.

|  | 00 | : | 00 |
|---|---|---|---|
| Initials of Preparer | | CMJ | |